UNITED STATES DISTRICT COURT
DISTRICT OF MAINE (BANGOR DIVISION)

BRIAN A. LITTLEFIELD
98 Birch Street, Apt. 2
Bangor, ME 04401
(207) 610-4840 l dmblittlefield@gmail.com

Plaintiff,

v.

SOMERSET COUNTY;
DALE P. LANCASTER, individually and in his official capacity as Sheriff of Somerset County;
MICHAEL WELCH, individually and in his official capacity as Major in charge of Corrections;
TIMOTHY CURTIS, individually and in his official capacity as County Administrator for Somerset County, Maine;
JOHN DOES 1–10 (unknown jail personnel),

Defendants.

Case No. _____

**COMPLAINT AND DEMAND FOR JURY TRIAL**
(42 U.S.C. § 1983; Maine Civil Rights Act; U.S. & Maine Constitutions; IIED/NIED)

**I. INTRODUCTION**

1. Plaintiff Brian A. Littlefield brings this action for violations of his federal and state constitutional rights during his detention at Somerset County Jail from November 9–13, 2023.

2. Plaintiff was arrested on November 9, 2023, and detained on a misdemeanor charge of Violation of a Protection Order.

3. For over 53 hours, Plaintiff was held in solitary confinement without justification, human contact, or due process.

4. Defendants subjected Plaintiff to inhumane conditions, deliberate isolation, and disparate treatment, causing severe and ongoing emotional distress.

## II. JURISDICTION AND VENUE

5. This Court has jurisdiction under 28 U.S.C. § 1331, § 1343, and 42 U.S.C. § 1983.

6. Supplemental jurisdiction over state claims under 28 U.S.C. § 1367.

7. Venue is proper in the Bangor Division under 28 U.S.C. § 1391(b).

## III. PARTIES

8. Plaintiff: Brian A. Littlefield, Bangor, ME.

9. Defendant Somerset County: Operates the jail.

10. Defendant Lancaster: Sheriff – supervisory liability.

11. Defendant Welch: Major, Corrections – supervisory liability.

12. Defendant Curtis: County Administrator – supervisory liability.

13. John Does 1–10: Unknown officers/staff who executed or failed to prevent violations.

## IV. FACTUAL ALLEGATIONS

14. On November 9, 2023, Plaintiff was arrested and transported to Somerset County Jail.

15. Jail records reflect no signed warrant was on file at intake.

16. Plaintiff was placed in solitary confinement for over 53 hours in a 60°F cell with a stained mattress, no blanket, and only lactose milk (despite intolerance).

17. Plaintiff was denied:
- Human contact (no phone, recreation, or visits)
- Access to counsel
- Medical or mental health evaluation
- Religious services

18. No misconduct or security risk justified isolation.

19. Other pretrial detainees were housed in general population.

20. On November 13, 2023, Plaintiff was released on bail.

21. Plaintiff now suffers PTSD, anxiety, job loss, and ongoing treatment.

## V. CAUSES OF ACTION

### COUNT I – 42 U.S.C. § 1983 – Due Process (14th Amend.)
22–24. Defendants imposed punitive conditions without process.

### COUNT II – 42 U.S.C. § 1983 – Equal Protection (14th Amend.)
25–27. Defendants treated Plaintiff differently with no rational basis.

### COUNT III – 42 U.S.C. § 1983 – Conditions of Confinement
28–30. Inhumane treatment of pretrial detainee violated due process.

### COUNT IV – Maine Civil Rights Act (5 M.R.S. § 4682)
31–33. Intentional interference with state constitutional rights.

### COUNT V – Intentional Infliction of Emotional Distress
34–36. Extreme and outrageous conduct caused severe distress.

### COUNT VI – Negligent Infliction of Emotional Distress
37–39. Breach of duty to protect vulnerable detainee.

## VI. RELIEF REQUESTED

a. Compensatory and punitive damages ($750,000+)
b. Expungement of detention records
c. Injunction against unjustified solitary confinement
d. Attorney's fees under § 1988
e. Costs and interest

## VII. JURY DEMAND
Plaintiff demands a jury trial.

## VIII. VERIFICATION
I, Brian A. Littlefield, declare under penalty of perjury that the foregoing is true and correct.
Executed: November 4, 2025

/s/ Brian A. Littlefield

## IX. CERTIFICATE OF SERVICE
Served via Certified Mail on November 4, 2025 to all Defendants and AG.